UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:09-CR-00207-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SCHMANISKY V. BROADWAY (01)** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons provided in the Report and Recommendation issued by the Magistrate Judge [ECF No. 241], and after consideration of the Response thereto filed by Petitioner [ECF No. 242],

IT IS HEREBY ORDERED that the Motion to Vacate Pursuant to 28 U.S.C. § 2255 [ECF No. 239] is DENIED WITHOUT PREJUDICE.

SIGNED this 18th of August, 2020.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE